COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-085-CV

IN RE KAREN L. WIELAND RELATORS

AND DUANE E. WIELAND

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus, the response filed by respondent, Judith G. Wells, and relators’ reply, and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: MCCOY, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: April 19, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.